UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-23465--CIV-ALTONAGA/Goodman

**GREGG PODALSKY** and
**EILEEN SUE SAMILOW**,

    Plaintiffs,

v.

**EQUIFAX, INC.**,

    Defendant.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record. In Plaintiffs' Statement [ECF No. 8], Plaintiffs indicate this case is related to *In re Equifax, Inc.*, MDL No. 2800, in which a motion to transfer actions is currently pending. Because this case may be transferred, it is

    **ORDERED AND ADJUDGED** as follows:

1. This case is **STAYED** pending a transfer decision by the Judicial Panel on Multidistrict Litigation.

2. The case shall be **ADMINISTRATIVELY CLOSED**, for statistical purposes only, without prejudice to the substantive rights of any of the parties. Any party may move to reopen this case at the appropriate time.

**DONE AND ORDERED** in Miami, Florida, this 28th day of September, 2017.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record